# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

WAYNE DUANE JENKINS,

        Defendant-Appellee.

UNPUBLISHED
December 5, 2017

No. 333709
Oakland Circuit Court
LC No. 2003-188152-FH

Before: SHAPIRO, P.J., and HOEKSTRA and M. J. KELLY, JJ.

SHAPIRO, P.J. (*dissenting*).

I would hold this case in abeyance for the decision of the Michigan Supreme Court in *People v Temelkoski*, 498 Mich 942; 872 NW2d 219 (2015). While we need not do so, I think it prudent in this case given that *Temelkoski* has already been argued and submitted to that Court.

/s/ Douglas B. Shapiro